**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Douglas Coleman CRAWFORD,
Defendant–Appellant.**

No. 08–50576.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 30, 2010.*

Filed Sept. 2, 2010.

Kevin M. Lally, Esquire, Assistant U.S., Michael J. Raphael, Esquire, Assistant

---

U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Zandra Luz Lopez, Law Offices of Zandra L. Lopez, San Diego, CA, for Defendant–Appellant.

Douglas Coleman Crawford, pro se.

Before: KOZINSKI, Chief Judge, O'SCANNLAIN and GOULD, Circuit Judges.

### MEMORANDUM**

Sufficient evidence supported the district court's finding that defendant distributed fifty or more grams of cocaine base on two separate occasions. *See Jackson v. Virginia*, 443 U.S. 307, 318–19, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979). This isn't a case where the district court approximated drug quantity from circumstantial evidence. *See United States v. Culps*, 300 F.3d 1069, 1076 (9th Cir.2002). The weights were corroborated by expert testimony and defendant's own admissions as to his conduct, and we give special deference to the district court's credibility de-

terminations. *See United States v. Haswood*, 350 F.3d 1024, 1028 (9th Cir.2003).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

